IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:19CR380 |
| vs. | ORDER |
| ROBERTO LUNA-NAVA, | |
| Defendant. | |

This matter is before the court on the motion of Federal Public Defender Mary C. Gryva and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Roberto Luna-Nava. (Filing No. 28). Mary C. Gryva represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Mary C. Gryva and the Office of the Federal Public Defender's motion to withdraw (Filing No. 28) is granted.

James R. Kozel, 11920 Burt Street, Suite 145, Omaha, NE 68154, (402) 341-0660, is appointed to represent Roberto Luna-Nava for the balance of these proceedings pursuant to the Criminal Justice Act. Mary C. Gryva shall forthwith provide James R. Kozel with the discovery materials provided the defendant by the government and such other materials obtained by Mary C. Gryva which are material to Roberto Luna-Nava's defense.

The clerk shall provide a copy of this order to James R. Kozel and the defendant.

Dated this 8th day of January, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge