IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>　　vs.<br><br>ROBERTO LUNA-NAVA,<br>　　　　　　Defendant. | 8:19-CR-380<br><br>**PRELIMINARY ORDER OF<br>FORFEITURE** |

　　　　This matter is before the Court upon the United States of America's Motion for Preliminary Order of Forfeiture. Filing 74. The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On September 3, 2021, defendant Luna-Nava entered into a plea agreement, pleading guilty to Count One of the Superseding Indictment and admitted to the Forfeiture Allegation as set forth therein. Filing 71.

2. Count One charged defendant with conspiracy to distribute methamphetamine, in violation of 21 U.S.C. § 846.

3. The Forfeiture Allegation of the Superseding Indictment alleged the $16,979.00 U.S. currency (hereinafter the "Property") derived from proceeds obtained (directly or indirectly) as a result of the violation and/or was used (or intended to be used) to commit or facilitate the violation.

4. As a result of this plea, Defendant's interest in the Property is forfeited to the United States.

5. The United States is entitled to possession of the Property. 21 U.S.C. § 853.

　　　　The Motion for Preliminary Order of Forfeiture should be granted.

IT IS ORDERED:

1

1. The Motion for Preliminary Order of Forfeiture, Filing 74, is hereby granted;

2. Defendant's interest in the Property is hereby forfeited to the United States under 21 U.S.C. §853(n)(1);

3. The United States is hereby authorized to seize the Property;

4. The United States shall hold the Property in its secure custody and control;

5. Pursuant to 21 U.S.C. §853(n)(1), the United States shall publish notice of this Preliminary Order of Forfeiture for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have an interest in the Property;

6. Pursuant to 21 U.S.C. § 853(n)(2), notice shall provide that any person, other than defendant, having or claiming a legal interest in the Property must file a petition with this Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier;

7. Pursuant to 21 U.S.C. § 853(n)(3), a petitioner must sign the petition under penalty of perjury and set forth the nature and extent of the petitioner's right, title or interest in the Property and any additional facts supporting the petitioner's claim and relief sought; and

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture addressing all interests pursuant to 21 U.S.C.§ 853(n).

Dated this 17th day of September, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge